UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| MELVIN FORD | ) | CAUSE NO. CR419-00148 |
| | ) | |

## ORDER GRANTING LEAVE OF COURT

THE COURT, having been duly advised, and noting no objections having been filed, now grants the request of KATHLEEN DAVIS, attorney for the defendant in the above-captioned criminal action. Accordingly, counsel shall be permitted Leave of Court as follows.

- a. March 4 – 6, 2020 to attend a Continuing Legal Education Course
- b. March 13 – March 16, 2020 for family commitments
- c. April 24 – 28, 2020 for personal family vacation
- d. May 15, 2020 for family commitments
- e. June 25 – July 14, 2020 for personal vacation

So ordered this 20th day of February, 2020.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia